FILED IN OPEN COURT
ON 12.12.2023
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC
JM

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:23-CR-378-FL-BM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | INDICTMENT |
| | ) | |
| CHRISTOPHER JASON MCNEIL | ) | |

The Grand Jury charges that:

On or about June 3, 2022, in the Eastern District of North Carolina, CHRISTOPHER JASON MCNEIL, the Defendant herein, did knowingly escape from custody in the Raleigh Residential Reentry Center, an institutional facility in which he was lawfully confined at the direction of the Attorney General by virtue of a judgment and commitment of the United States District Court for the Eastern District of North Carolina upon revocation of Supervised Release in violation of Title 18, United States Code, Section 751(a).

**REDACTED VERSION**

Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.

DATE: 12/12/2023

MICHAEL F. EASLEY, JR.
United States Attorney

BY: PHILIP L. AUBART
Assistant United States Attorney

1